# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 28, 2010

140150 & (39)

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

JACKOB TRAKHTENBERG,
        Plaintiff-Appellant,

v

                                      SC: 140150
                                      COA: 285247
                                      Oakland CC: 2008-088401-NM

DEBORAH H. McKELVY,
        Defendant-Appellee.

_____/

        On order of the Court, the motion for peremptory reversal of the October 27, 2009 decision of the Court of Appeals and to remand this case to the Oakland Circuit Court with directions to stay proceedings pending resolution of the remand ordered by this Court in the case of *People v Jacob Trakhtenberg* (Docket No. 138875) is DENIED. Because the application for leave to appeal filed in this case has been ordered to be held in abeyance pending the decision in the criminal case, there is no reason to take any further action in this case until the criminal case is finally resolved.



        I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 28, 2010

                                            Clerk

s0621